**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHAD ANTHONY LOUIS FOWLER**                                                   **PLAINTIFF**
**ADC #656153**

**V.**                                            **No. 4:25-CV-00941-JM-BBM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*                      **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2.      The Court recommends that dismissal of this action be considered a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 23rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE