**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHAD ANTHONY LOUIS FOWLER**                                                 **PLAINTIFF**
**ADC #656153**

**V.**                                     **No. 4:25-CV-00941-JM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*                            **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. All

relief sought is denied, and the case is closed.

Dated this 23rd day of March, , 2026.

_____
UNITED STATES DISTRICT JUDGE